JUNE 12, 1962

**Reap. Dec. 10272.**—World Exports, Inc. *v.* United States, reappraisement R61/19659, etc. Reappraisements dismissed April 9, 1962. Entered at Miami, Fla. (Not published.) Motion by plaintiff.